# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: jdustin | Date Created: 2/17/2011 |
| Case: 11–05054 | Form ID: pdfeoapc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla      Michael R. Berube      PO Box 358      Carmel Valley, CA 93924

TOTAL: 1