# Notice Recipients

District/Off: 0971–5     User: jdustin     Date Created: 2/17/2011
Case: 11–05054     Form ID: SUM     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     Michael R. Berube     PO Box 358     Carmel Valley, CA 93924

TOTAL: 1