Form SUM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Michael R. Berube Debtor(s) | Bankruptcy Case No.: 09−54715<br>Chapter: 11 |
| Michael R. Berube Plaintiff(s)<br>vs.<br>US Bank, National Association Defendant(s) | Adversary Proceeding No. 11−05054 |

**CORRECTED SUMMONS AND NOTICE OF TELEPHONIC STATUS CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

United States Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Michael R. Berube
PO Box 356
Carmel Valley, CA 93924

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that scheduling conference of proceeding commenced by filing of the complaint will be held at the following time and place.

| **DATE:** May 6, 2011 | **TIME:** 02:00 PM |
|---|---|
| **LOCATION: TELEPHONIC** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE CONSENT TO ENTRY OF A JUDGMENT BY BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. FOR REQUEST FOR PERSONAL APPEARANCE, REFER TO PARAGRAPH 5 OF THE ORDER SETTING TELEPHONIC STATUS CONFERENCE.**



For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Dated: 2/17/11

Janet Dustin
Deputy Clerk

# CERTIFICATE OF SERVICE

I,_____(name), certify that service of this summons and copy of the complaint was made _____(date) by:

☐      Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:

☐      Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐      Residence Service: By leaving the process with the following adult as:

☐      Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐      Publication:The defendant was served as follows:[Describe briefly]

☐      State Law:The defendant was served pursant to the laws of State of _____,
as follows:[Describe briefly]

If service was made by personal service,by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____       Signature_____

Print Name:_____
Business Address:_____
_____

# CERTIFICATE OF NOTICE

```
District/off: 0971-5          User: jdustin              Page 1 of 1              Date Rcvd: Feb 17, 2011
Case: 11-05054                Form ID: SUM               Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 19, 2011.
```
pla           +Michael R. Berube,    PO Box 356,    Carmel Valley, CA 93924-0356
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2011                          Signature:     *Joseph Speetjens*