Michael R. Berube, Pro Se
P.O. Box 356
Carmel Valley, CA 93924
michaelberube@yahoo.com

Tel. (831) 392-7975

FILED APR 14 2011 CLERK, United States Bankruptcy Court, San Jose, California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>MICHAEL R. BERUBE,<br>Debtor. | Case No.: 09-54715-ASW-11<br>**Adversary No.:** 11-05454 ASW<br>(Chapter 11)<br>JUDGE: Arthur S. Weissbrodt |
| MICHAEL R. BERUBE,<br>Plaintiff,<br>v.<br>US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR JPM ALT 2007-A2,<br>Defendants. | **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT**<br><br>Date: April 26, 2011<br>Time: 3:00 p.m.<br>Crtm: 3020 |

**PLAINTIFF OPPOSES DEFENDANT' MOTION TO DISMISS**

Comes now Debtor in Possession and Plaintiff Michael R. Berube (hereafter "Plaintiff"), for claims against US Bank, National Association, as Trustee for JPM ALT 2007-A2 (hereafter "Defendant"), to oppose Defendants' motion to dismiss adversary complaint as follows:

//

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT 1
Case: 11-05054    Doc# 9    Filed: 04/14/11    Entered: 04/14/11 15:10:17    Page 1 of 5

Plaintiff filed a complaint to determine the validity of lien pertaining to the real property located at 122 Carmel Riviera Drive, Carmel, California.

Plaintiff detailed factual allegations in said complaint which provide the grounds of his entitlement to the relief requested, notably that:

On January 19, 2007, Plaintiff executed two (2) Promissory Notes in favor of Lender Alliance Bancorp.

On July 13, 2007, Alliance Bancorp filed for Chapter 7 bankruptcy in the US Bankruptcy Court District of Delaware.

On October 25, 2007, a Notice of Default was recorded at the Office of the Recorder of the County of Monterey as Document: 2007081596. Said Notice of Default is *not* valid as it was not authorized by the Alliance Bancorp Chapter 7 bankruptcy Court as would be required prior to "selling-out" any Alliance Bancorp interest in its junior lien 2nd Deed of Trust.

On December 28, 2007, and on December 31, 2007, Assignments of the subject Deed of Trust were recorded at the Office of the Recorder of the County of Monterey as Document: 2007095756 and Document: 2007096186, respectively. Mortgage Registration Systems, Inc. had *no* authorization from the Alliance Bancorp bankruptcy Court to transfer or otherwise divest estate property without Court approval.

Defendants argue that the assignments and the Notice of Default are valid, yet a Recission of Notice of Default was recorded at the Office of the Recorder of the County of Monterey as **Document: 2010072338** (see attached).

Plaintiff never alleged that the subject Deed of Trust was ever reconveyed and the Defendant is misleading this Court by suggesting otherwise.

It is clear that there is a substantial and ongoing controversy between the parties.

Plaintiff obtaining Defendants' responses to outstanding discovery requests is likely to produce admissible evidence which will settle the controversy. In light of Defendants' aggressive attempts (by and through its agents) to foreclose on Plaintiff's property, it is reasonable that a cause of action for declaratory relief would serve the purpose of adjudicating future rights and liabilities between the parties.

Plaintiff asserts that the assignments of the Note and Deed of Trust are not valid as they were not authorized by the Alliance Bancorp bankruptcy Court. Plaintiff asserts that the Notice of Default fails for the same reason. Because Mortgage Electronic Registration Systems, Inc. lacked authority to make the post-petition Alliance Bancorp assignments of a Note or Deed of Trust, any such assignments are not valid and remain a cloud on Plaintiff's title. As such, no tender offer should be required. See <u>Dimock v. Emerald Properties</u> (2000) 81 Cal.App.4th 868, 876

Plaintiff declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of his knowledge this 12th day of March, 2011 in Carmel, California.

It is therefore reqspectfully requested that the Court deny Defendants' motion to dismiss adversary complaint, or in the alternative, grant Plaintiff leave to amend his complaint.

/s/ Michael Berube

Michael Berube, pro se

## Document Details

Next Doc ▶

| Document Number: | 2010072338 |
|---|---|
| Document Date: | 12/08/2010 |
| Pages: | 1 |
| Document Type: | 131 - NOTICE RESCISSION OF DEFAULT |
| Reel/Page: | NA / NA |
| Parcel Number: | NA |
| Transfer Tax: | NA |

| Grantor Names | Grantee Names |
|---|---|
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS LLC TRUSTEE | BERUBE MICHAEL R |
| FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS TRUSTEE | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC NOMINEE | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS | |
| ALLIANCE BANCORP | |

Back to document list          ORDER COPY

# CERTIFICATION OF SERVICE

I, Henry Li, the undersigned, am over the age of eighteen years and not a party to this action, certify the following:

My business address is 123 E. San Carlos Street, San Jose, CA 95112,

That on April 12, 2011, I caused the **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS ADVERSARY COMPLAINT** to be served by depositing true and correct copies of same in the US Mail postage prepaid first class to the following addresses:

**ALVARADO SMITH**
**1 MacArthur Place, Suite 200**
**Santa Ana, CA 92707**

**US Trustee**
**280 S. First Street**
**San Jose, CA 95113**

I certify the foregoing under penalty of perjury under the laws of the State of California this 12th day of April, 2011, in San Jose, California.

Henry Li